# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-246-177**

**Effective Date of Registration:**
February 19, 2021

**Registration Decision Date:**
April 08, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: April 29, 2020 to November 30, 2020

## Title

**Title of Group:** Selected 2020 Photographs VKTRS Including Tranquility 382 S Beach Rd, 12034 Corozo, Orchid Island Kayaks and Others

**Number of Photographs in Group:** 683

- **Individual Photographs:** Orchid Island Fitness &Tennis Center a AAP 2020,Tranquility_382 S Beach Rd_240,Tranquility_382 S Beach Road_240,Schooner_Marine_Miro_Photos_007,Schooner_Marine_Miro_Photos_008,Schooner_Marine_Miro_Photos_010,Schooner_Marine_Miro_Photos_049,Schooner_Marine_Miro_Photos_008a,Schooner_Marine_Miro_Photos_009,Schooner_Marine_Miro_Photos_054,Schooner_Marine_Miro_Photos_007b,Schooner_Marine_Miro_Photos_007a,Schooner_Marine_Miro_Photos_064,Schooner_Marine_Miro_Photos_068,Schooner_Marine_Miro_Photos_068c,Schooner_Marine_Miro_Photos_062a,Schooner_Marine_Miro_Photos_007c,Schooner_Marine_Miro_Photos_061,Schooner_Marine_Miro_Photos_062,Schooner_Marine_Miro_Photos_007ba,

**Published:** April 2020

- **Individual Photographs:** Schooner_Marine_Miro_Photos_010_x,Schooner_Marine_Miro_Photos_012,Schooner_Marine_Miro_Photos_063,Schooner_Marine_Miro_Photos_008x,Orchid Island Security Gate c 2020 AAP,Orchid Island Security Gate b 2020 AAP,Orchid Island Aerial 6 AAP 2020,Orchid Island Aerial 7 AAP 2020,Orchid Island Golf & Beach Club 3 AAP 2020,Orchid Island Pool aerial AAP 2020,Orchid Island Beach AAP 2020,Orchid Island Blg 10 Lobby a AAP 2020,Orchid Island Blg 10 Lobby b AAP 2020,Orchid Island Pool 2 AAP 2020,Orchid Island Pool 3 AAP 2020,Orchid Island Blg 10 Social Room AAP 2020,Orchid Island Pool AAP 2020,Orchid Island Golf & Beach Club Aerial 4 AAP 2020,Orchid Island Golf & Beach Club 2 Aerial AAP 2020,Orchid Island Golf & Beach Club 1 Aerial AAP 2020,Orchid Island Aerial 2 AAP 2020,Orchid Island Aerial 1 AAP 2020,Orchid Island Golf AAP 2020,Orchid Island Pickle Ball AAP 2020,Orchid Island Fitness &Tennis Center b AAP 2020,Orchid Island Pool 1 AAP 2020,Orchid Island Golf Clubhouse a 2020 AAP,Orchid Island Golf Clubhouse c 2020 AAP,Orchid Island Golf Clubhouse b 2020 AAP,Orchid Island Golf Hole a 2020 AAP,Orchid Island Security Gate a 2020 AAP,Orchid Island Sunrise AAP 2020,Orchid Island Sunrise a AAP 2020,Orchid Island a AAP 2020,South Sea Islander Sign AAP 2020,Homeland_Enterance,Jupiter Island golf c AAP,Estates of Hammock

Creek_05,Estates of Hammock Creek_02,Estates of Hammock Creek_03,South Sea Islander Aerial a AAP 2020,Orchid aerial AAP 2020,Orchid aerial b AAP 2020

**Published:** April 2020

- **Individual Photographs:** 12034 Corozo Ct_001,12034 Corozo Ct_003,12034 Corozo Ct_004,12034 Corozo Ct_005,12034 Corozo Ct_006,12034 Corozo Ct_007,12034 Corozo Ct_008,12034 Corozo Ct_010,12034 Corozo Ct_010a,12034 Corozo Ct_011,12034 Corozo Ct_012,12034 Corozo Ct_013,12034 Corozo Ct_014,12034 Corozo Ct_015,12034 Corozo Ct_022,12034 Corozo Ct_023,12034 Corozo Ct_024,12034 Corozo Ct_026,12034 Corozo Ct_028,12034 Corozo Ct_048,12034 Corozo Ct_054,12034 Corozo Ct_061,12034 Corozo Ct_070,12034 Corozo Ct_072,12034 Corozo Ct_073,12034 Corozo Ct_075,12034 Corozo Ct_076,12034 Corozo Ct_078,12034 Corozo Ct_079,12034 Corozo Ct_080,12034 Corozo Ct_081,12034 Corozo Ct_082,12034 Corozo Ct_083,12034 Corozo Ct_084,12034 Corozo Ct_085,Ocean's Edge at Singer Island Aerial 1 AAP 2020,Ocean's Edge at Singer Island Aerial 2 AAP 2020,Ocean's Edge at Singer Island Aerial 3 AAP 2020,Ocean's Edge at Singer Island Aerial 4 AAP 2020,Piper's Landing Golf AAP 2020,Piper's Landing Pool AAP 2020,Piper's Landing Yacht & Country Club AAP 2020,Singer Island Aerial 1 AAP 2020,Singer Island Aerial 2 AAP 2020,Singer Island Aerial 3 AAP 2020,Singer Island Aerial 4 AAP 2020,Singer Island Aerial 5 AAP 2020,Singer Island Aerial 6 AAP 2020

**Published:** July 2020

- **Individual Photographs:** Juno Beach Pier AAP 2020,L'Hermitage Pan AAP 2020,L'Hermitage Sign AAP 2020,Magnolia Key aerial a AAP 2020,Magnolia Key aerial b AAP 2020,Magnolia Key aerial c AAP 2020,Magnolia Key aerial d AAP 2020,Magnolia Key aerial e AAP 2020,Magnolia Key aerial f AAP 2020,Magnolia Key aerial i AAP 2020,Magnolia Key aerial j AAP 2020,Magnolia Key Beach Access AAP 2020 copy,Magnolia Key aerial g AAP 2020,Magnolia Key aerial h AAP 2020,Magnolia Key a AAP 2020,Magnolia Key b AAP 2020,Magnolia Key c AAP 2020,Magnolia Key car care 2020 AAP,Magnolia Key d AAP 2020,Magnolia Key sign 2020 AAP,Magolia Key Fitness AAP 2020,Magolia Key Lobby AAP 2020,Ocean Breeze Pool AAP 2020,Ocean Breeze Sign AAP 2020,Singer Island aerial north end b 2020 AAP,Singer Island aerial north end night 2020 AAP,Singer Island aerial south end a 2020 AAP,Singer Island aerial south end night 2020 AAP

**Published:** August 2020

- **Individual Photographs:** 12026 Leucandra_001,12026 Leucandra_005,12026 Leucandra_010,12026 Leucandra_011,12026 Leucandra_012,12026 Leucandra_013,12026 Leucandra_015,12026 Leucandra_029,12026 Leucandra_032,12026 Leucandra_053,12026 Leucandra_063,12026 Leucandra_064,12026 Leucandra_066,12026 Leucandra_072,Estates of Hammock Creek AAP 2020,Estates of Hammock Creek Entrance AAP 2020,Estates of Hammock Creek Playground AAP 2020,Estates of Hammock Creek Pool AAP 2020,Estates of Hammock Creek Pool Aerial AAP 2020,Estates of Hammock Creek Tennis AAP 2020,Hammock Creek Golf a Club AAP 2020,Hammock Creek Golf Club AAP 2020,Mizner Country Club AAP 2020,Mizner Country Club Aerial AAP 2020,Mizner Country Club Tennis AAP 2020,Mizner Country Club Tennis Aerial AAP 2020

**Published:** September 2020

- **Individual Photographs:** Orchid Island Golf r AAP 2020,Orchid Island Golf s AAP 2020,Orchid Island

Kayak a AAP 2020,Orchid Island Kayak AAP 2020,Orchid Island Kayak b AAP 2020,Orchid Island Kayak pier AAP 2020,Orchid Island Kayak sign AAP 2020,Orchid Island Kayaking AAP 2020,Orchid Island Kayaking a AAP 2020,Orchid Island Kayaking b AAP 2020,Orchid Island Pano i AAP 2020,Orchid Island Pano k AAP 2020,Orchid Island tee marker and Ibis AAP 2020,Orchid Island White Pelicans a AAP 2020,Orchid Island White Pelicans b AAP 2020,Orchid Island White Pelicans c AAP 2020,Orchid Island White Pelicans d AAP 2020,Orchid Island White Pelicans e AAP 2020,Orchid Island White Pelicans f AAP 2020,Orchid Island White Pelicans g AAP 2020,Orchid Island White Pelicans h AAP 2020,Orchid Island White Pelicans i AAP 2020,Orchid Island White Pelicans j AAP 2020,Orchid Island White Pelicans k AAP 2020,Orchid Island White Pelicans l AAP 2020,Orchid Island White Pelicans m AAP 2020,Orchid Island White Pelicans n AAP 2020,Orchid Island White Pelicans o AAP 2020,Summerfield AAP 2020,Summerfield Sign AAP 2020,The Champions Club Sign a AAP 2020,The Champions Club Sign AAP 2020,Tranquility_382 S Beach Rd_001,Tranquility_382 S Beach Rd_002,Tranquility_382 S Beach Rd_003,Tranquility_382 S Beach Rd_004,Tranquility_382 S Beach Rd_005,Tranquility_382 S Beach Rd_006,Tranquility_382 S Beach Rd_007,Tranquility_382 S Beach Rd_008,Tranquility_382 S Beach Rd_009,Tranquility_382 S Beach Rd_010,Tranquility_382 S Beach Rd_011,Tranquility_382 S Beach Rd_012,Tranquility_382 S Beach Rd_013

**Published:** November 2020

- **Individual Photographs:** Tranquility_382 S Beach Rd_013a,Tranquility_382 S Beach Rd_014,Tranquility_382 S Beach Rd_015,Tranquility_382 S Beach Rd_016,Tranquility_382 S Beach Rd_017,Tranquility_382 S Beach Rd_018,Tranquility_382 S Beach Rd_019,Tranquility_382 S Beach Rd_020,Tranquility_382 S Beach Rd_021,Tranquility_382 S Beach Rd_022,Tranquility_382 S Beach Rd_023,Tranquility_382 S Beach Rd_024,Tranquility_382 S Beach Rd_025,Tranquility_382 S Beach Rd_026,Tranquility_382 S Beach Rd_027,Tranquility_382 S Beach Rd_028,Tranquility_382 S Beach Rd_029,Tranquility_382 S Beach Rd_030,Tranquility_382 S Beach Rd_031,Tranquility_382 S Beach Rd_032,Tranquility_382 S Beach Rd_033,Tranquility_382 S Beach Rd_034,Tranquility_382 S Beach Rd_035,Tranquility_382 S Beach Rd_035a,Tranquility_382 S Beach Rd_036,Tranquility_382 S Beach Rd_037,Tranquility_382 S Beach Rd_038,Tranquility_382 S Beach Rd_039,Tranquility_382 S Beach Rd_040,Tranquility_382 S Beach Rd_041,Tranquility_382 S Beach Rd_042,Tranquility_382 S Beach Rd_043,Tranquility_382 S Beach Rd_044,Tranquility_382 S Beach Rd_045,Tranquility_382 S Beach Rd_046,Tranquility_382 S Beach Rd_047,Tranquility_382 S Beach Rd_048,Tranquility_382 S Beach Rd_049,Tranquility_382 S Beach Rd_050,Tranquility_382 S Beach Rd_051,Tranquility_382 S Beach Rd_052,Tranquility_382 S Beach Rd_053,Tranquility_382 S Beach Rd_054,Tranquility_382 S Beach Rd_055,Tranquility_382 S Beach Rd_056,Tranquility_382 S Beach Rd_057,Tranquility_382 S Beach Rd_059,Tranquility_382 S Beach Rd_060,Tranquility_382 S Beach Rd_061,Tranquility_382 S Beach Rd_062,Tranquility_382 S Beach Rd_063,Tranquility_382 S Beach Rd_064,Tranquility_382 S Beach Rd_065,Tranquility_382 S Beach Rd_066,Tranquility_382 S Beach Rd_067,Tranquility_382 S Beach Rd_068,Tranquility_382 S Beach Rd_069,Tranquility_382 S Beach Rd_070,Tranquility_382 S Beach Rd_071,Tranquility_382 S Beach Rd_072,Tranquility_382 S Beach Rd_073,Tranquility_382 S Beach Rd_074

**Published:** November 2020

- **Individual Photographs:** Tranquility_382 S Beach Rd_075,Tranquility_382 S Beach Rd_076,Tranquility_382 S Beach Rd_077,Tranquility_382 S Beach Rd_078,Tranquility_382 S Beach Rd_079,Tranquility_382 S Beach Rd_080,Tranquility_382 S Beach Rd_081,Tranquility_382 S Beach Rd_082,Tranquility_382 S Beach Rd_083,Tranquility_382 S Beach Rd_084,Tranquility_382 S Beach Rd_085,Tranquility_382 S Beach Rd_086,Tranquility_382 S Beach Rd_087,Tranquility_382 S Beach Rd_088,Tranquility_382 S Beach Rd_089,Tranquility_382 S Beach Rd_090,Tranquility_382 S Beach Rd_093,Tranquility_382 S Beach Rd_094,Tranquility_382 S Beach Rd_095,Tranquility_382 S Beach Rd_096,Tranquility_382 S Beach Rd_097,Tranquility_382 S Beach Rd_099,Tranquility_382 S Beach Rd_100,Tranquility_382 S Beach Rd_101,Tranquility_382 S Beach Rd_102,Tranquility_382 S Beach Rd_103,Tranquility_382 S Beach Rd_104,Tranquility_382 S Beach Rd_105,Tranquility_382 S Beach Rd_106,Tranquility_382 S Beach Rd_107,

  **Published:** November 2020

- **Individual Photographs:** Tranquility_382 S Beach Rd_108,Tranquility_382 S Beach Rd_109,Tranquility_382 S Beach Rd_110,Tranquility_382 S Beach Rd_111,Tranquility_382 S Beach Rd_112,Tranquility_382 S Beach Rd_113,Tranquility_382 S Beach Rd_114,Tranquility_382 S Beach Rd_115,Tranquility_382 S Beach Rd_116,Tranquility_382 S Beach Rd_117,Tranquility_382 S Beach Rd_118,Tranquility_382 S Beach Rd_119,Tranquility_382 S Beach Rd_120,Tranquility_382 S Beach Rd_121,Tranquility_382 S Beach Rd_122,Tranquility_382 S Beach Rd_123,Tranquility_382 S Beach Rd_124,Tranquility_382 S Beach Rd_125,Tranquility_382 S Beach Rd_126,Tranquility_382 S Beach Rd_127,Tranquility_382 S Beach Rd_128,Tranquility_382 S Beach Rd_129,Tranquility_382 S Beach Rd_130,Tranquility_382 S Beach Rd_131,Tranquility_382 S Beach Rd_132,Tranquility_382 S Beach Rd_133,Tranquility_382 S Beach Rd_134,Tranquility_382 S Beach Rd_135,Tranquility_382 S Beach Rd_136,Tranquility_382 S Beach Rd_137,Tranquility_382 S Beach Rd_138,Tranquility_382 S Beach Rd_139,Tranquility_382 S Beach Rd_140,Tranquility_382 S Beach Rd_141,Tranquility_382 S Beach Rd_142,Tranquility_382 S Beach Rd_143,Tranquility_382 S Beach Rd_144

  **Published:** November 2020

- **Individual Photographs:** Tranquility_382 S Beach Rd_145,Tranquility_382 S Beach Rd_146,Tranquility_382 S Beach Rd_147,Tranquility_382 S Beach Rd_148,Tranquility_382 S Beach Rd_149,Tranquility_382 S Beach Rd_150,Tranquility_382 S Beach Rd_151,Tranquility_382 S Beach Rd_152,Tranquility_382 S Beach Rd_153,Tranquility_382 S Beach Rd_154,Tranquility_382 S Beach Rd_155,Tranquility_382 S Beach Rd_156,Tranquility_382 S Beach Rd_157,Tranquility_382 S Beach Rd_158,Tranquility_382 S Beach Rd_159,Tranquility_382 S Beach Rd_160,Tranquility_382 S Beach Rd_161,Tranquility_382 S Beach Rd_162,Tranquility_382 S Beach Rd_163,Tranquility_382 S Beach Rd_164,Tranquility_382 S Beach Rd_165,Tranquility_382 S Beach Rd_166,Tranquility_382 S Beach Rd_167,Tranquility_382 S Beach Rd_168,Tranquility_382 S Beach Rd_169,Tranquility_382 S Beach Rd_170,Tranquility_382 S Beach Rd_171,Tranquility_382 S Beach Rd_172,Tranquility_382 S Beach Rd_173,Tranquility_382 S Beach Rd_174,Tranquility_382 S Beach Rd_175,Tranquility_382 S Beach Rd_176,Tranquility_382 S Beach Rd_177,Tranquility_382 S Beach Rd_178,Tranquility_382 S Beach Rd_179,Tranquility_382 S Beach Rd_180,Tranquility_382 S Beach Rd_181,Tranquility_382 S Beach Rd_182,Tranquility_382 S Beach Rd_183,Tranquility_382 S Beach



|  |  |
|---|---|
|  | Rd_184,Tranquility_382 S Beach Rd_185,Tranquility_382 S Beach Rd_186,Tranquility_382 S Beach Rd_187,Tranquility_382 S Beach Rd_188,Tranquility_382 S Beach Rd_189,Tranquility_382 S Beach Rd_190,Tranquility_382 S Beach Rd_190b,Tranquility_382 S Beach Rd_191,Tranquility_382 S Beach Rd_191a,Tranquility_382 S Beach Rd_192,Tranquility_382 S Beach Rd_193,Tranquility_382 S Beach Rd_194,Tranquility_382 S Beach Rd_195,Tranquility_382 S Beach Rd_196,Tranquility_382 S Beach Rd_197,Tranquility_382 S Beach Rd_198,Tranquility_382 S Beach Rd_199,Tranquility_382 S Beach Rd_200,Tranquility_382 S Beach Rd_201,Tranquility_382 S Beach Rd_202,Tranquility_382 S Beach Rd_203,Tranquility_382 S Beach Rd_204,Tranquility_382 S Beach Rd_205 |
| Published: | November 2020 |
| • Individual Photographs: | Tranquility_382 S Beach Rd_206,Tranquility_382 S Beach Rd_207,Tranquility_382 S Beach Rd_208,Tranquility_382 S Beach Rd_209,Tranquility_382 S Beach Rd_210,Tranquility_382 S Beach Rd_211,Tranquility_382 S Beach Rd_212,Tranquility_382 S Beach Rd_213,Tranquility_382 S Beach Rd_214,Tranquility_382 S Beach Rd_215,Tranquility_382 S Beach Rd_216,Tranquility_382 S Beach Rd_217,Tranquility_382 S Beach Rd_218,Tranquility_382 S Beach Rd_219,Tranquility_382 S Beach Rd_220,Tranquility_382 S Beach Rd_221,Tranquility_382 S Beach Rd_222,Tranquility_382 S Beach Rd_223,Tranquility_382 S Beach Rd_224,Tranquility_382 S Beach Rd_225,Tranquility_382 S Beach Rd_226,Tranquility_382 S Beach Rd_227,Tranquility_382 S Beach Rd_228,Tranquility_382 S Beach Rd_229,Tranquility_382 S Beach Rd_230,Tranquility_382 S Beach Rd_231,Tranquility_382 S Beach Rd_232,Tranquility_382 S Beach Rd_233,Tranquility_382 S Beach Rd_234,Tranquility_382 S Beach Rd_235,Tranquility_382 S Beach Rd_236,Tranquility_382 S Beach Rd_237,Tranquility_382 S Beach Rd_238,Tranquility_382 S Beach Rd_239,Tranquility_382 S Beach Rd_242,Tranquility_382 S Beach Rd_243,Tranquility_382 S Beach Rd_244,Tranquility_382 S Beach Road_001,Tranquility_382 S Beach Road_002,Tranquility_382 S Beach Road_003,Tranquility_382 S Beach Road_004,Tranquility_382 S Beach Road_005,Tranquility_382 S Beach Road_006,Tranquility_382 S Beach Road_007,Tranquility_382 S Beach Road_008 |
| Published: | November 2020 |
| • Individual Photographs: | Tranquility_382 S Beach Road_009,Tranquility_382 S Beach Road_010,Tranquility_382 S Beach Road_011,Tranquility_382 S Beach Road_012,Tranquility_382 S Beach Road_013,Tranquility_382 S Beach Road_013a,Tranquility_382 S Beach Road_014,Tranquility_382 S Beach Road_015,Tranquility_382 S Beach Road_016,Tranquility_382 S Beach Road_017,Tranquility_382 S Beach Road_017_,Tranquility_382 S Beach Road_018,Tranquility_382 S Beach Road_019,Tranquility_382 S Beach Road_020,Tranquility_382 S Beach Road_021,Tranquility_382 S Beach Road_022,Tranquility_382 S Beach Road_023,Tranquility_382 S Beach Road_024,Tranquility_382 S Beach Road_025,Tranquility_382 S Beach Road_026,Tranquility_382 S Beach Road_027,Tranquility_382 S Beach Road_028,Tranquility_382 S Beach Road_029,Tranquility_382 S Beach Road_030,Tranquility_382 S Beach Road_031,Tranquility_382 S Beach Road_032,Tranquility_382 S Beach Road_033,Tranquility_382 S Beach Road_034,Tranquility_382 S Beach Road_035,Tranquility_382 S Beach Road_035a,Tranquility_382 S Beach Road_036,Tranquility_382 S Beach Road_037,Tranquility_382 S Beach Road_038,Tranquility_382 S Beach Road_039,Tranquility_382 S Beach Road_040,Tranquility_382 S Beach Road_041,Tranquility_382 S Beach Road_042,Tranquility_382 S Beach |

Road_043,Tranquility_382 S Beach Road_044,Tranquility_382 S Beach Road_045,Tranquility_382 S Beach Road_046,Tranquility_382 S Beach Road_047,Tranquility_382 S Beach Road_048,Tranquility_382 S Beach Road_049,Tranquility_382 S Beach Road_050,Tranquility_382 S Beach Road_051,Tranquility_382 S Beach Road_052,Tranquility_382 S Beach Road_053,Tranquility_382 S Beach Road_054,Tranquility_382 S Beach Road_055,Tranquility_382 S Beach Road_056

**Published:** November 2020

- **Individual Photographs:** Tranquility_382 S Beach Road_057,Tranquility_382 S Beach Road_059,Tranquility_382 S Beach Road_060,Tranquility_382 S Beach Road_061,Tranquility_382 S Beach Road_062,Tranquility_382 S Beach Road_063,Tranquility_382 S Beach Road_064,Tranquility_382 S Beach Road_065,Tranquility_382 S Beach Road_066,Tranquility_382 S Beach Road_067,Tranquility_382 S Beach Road_068,Tranquility_382 S Beach Road_069,Tranquility_382 S Beach Road_070,Tranquility_382 S Beach Road_071,Tranquility_382 S Beach Road_072,Tranquility_382 S Beach Road_073,Tranquility_382 S Beach Road_074,Tranquility_382 S Beach Road_075,Tranquility_382 S Beach Road_076,Tranquility_382 S Beach Road_077,

**Published:** November 2020

- **Individual Photographs:** Tranquility_382 S Beach Road_078,Tranquility_382 S Beach Road_079,Tranquility_382 S Beach Road_080,Tranquility_382 S Beach Road_081,Tranquility_382 S Beach Road_082,Tranquility_382 S Beach Road_083,Tranquility_382 S Beach Road_084,Tranquility_382 S Beach Road_085,Tranquility_382 S Beach Road_086,Tranquility_382 S Beach Road_087,Tranquility_382 S Beach Road_088,Tranquility_382 S Beach Road_089,Tranquility_382 S Beach Road_090,Tranquility_382 S Beach Road_093,Tranquility_382 S Beach Road_094,Tranquility_382 S Beach Road_095,Tranquility_382 S Beach Road_096,Tranquility_382 S Beach Road_097,Tranquility_382 S Beach Road_099,Tranquility_382 S Beach Road_100,Tranquility_382 S Beach Road_101,Tranquility_382 S Beach Road_102,Tranquility_382 S Beach Road_103,Tranquility_382 S Beach Road_104,Tranquility_382 S Beach Road_105,Tranquility_382 S Beach Road_106,Tranquility_382 S Beach Road_107,Tranquility_382 S Beach Road_108,Tranquility_382 S Beach Road_109,Tranquility_382 S Beach Road_110,Tranquility_382 S Beach Road_111,Tranquility_382 S Beach Road_112,Tranquility_382 S Beach Road_113,Tranquility_382 S Beach Road_114,Tranquility_382 S Beach Road_115,Tranquility_382 S Beach Road_116,Tranquility_382 S Beach Road_117,Tranquility_382 S Beach Road_118,Tranquility_382 S Beach Road_119,Tranquility_382 S Beach Road_120,Tranquility_382 S Beach Road_121,Tranquility_382 S Beach Road_122,Tranquility_382 S Beach Road_123,Tranquility_382 S Beach Road_124

**Published:** November 2020

- **Individual Photographs:** Tranquility_382 S Beach Road_125,Tranquility_382 S Beach Road_126,Tranquility_382 S Beach Road_127,Tranquility_382 S Beach Road_128,Tranquility_382 S Beach Road_129,Tranquility_382 S Beach Road_130,Tranquility_382 S Beach Road_131,Tranquility_382 S Beach Road_132,Tranquility_382 S Beach Road_133,Tranquility_382 S Beach Road_134,Tranquility_382 S Beach Road_135,Tranquility_382 S Beach Road_136,Tranquility_382 S Beach Road_137,Tranquility_382 S Beach Road_138,Tranquility_382 S Beach Road_139,Tranquility_382 S Beach Road_140,Tranquility_382 S Beach Road_141,Tranquility_382 S Beach Road_142,Tranquility_382 S Beach Road_143,Tranquility_382 S Beach Road_144,

|  |  |  |
|---|---|---|
|  | Published: | November 2020 |
| • | Individual Photographs: | Tranquility_382 S Beach Road_145,Tranquility_382 S Beach Road_146,Tranquility_382 S Beach Road_147,Tranquility_382 S Beach Road_148,Tranquility_382 S Beach Road_149,Tranquility_382 S Beach Road_150,Tranquility_382 S Beach Road_151,Tranquility_382 S Beach Road_152,Tranquility_382 S Beach Road_153,Tranquility_382 S Beach Road_154,Tranquility_382 S Beach Road_155,Tranquility_382 S Beach Road_156,Tranquility_382 S Beach Road_157,Tranquility_382 S Beach Road_158,Tranquility_382 S Beach Road_159,Tranquility_382 S Beach Road_160,Tranquility_382 S Beach Road_161,Tranquility_382 S Beach Road_162,Tranquility_382 S Beach Road_163,Tranquility_382 S Beach Road_164,Tranquility_382 S Beach Road_165,Tranquility_382 S Beach Road_166,Tranquility_382 S Beach Road_167,Tranquility_382 S Beach Road_168,Tranquility_382 S Beach Road_169,Tranquility_382 S Beach Road_170,Tranquility_382 S Beach Road_171,Tranquility_382 S Beach Road_172,Tranquility_382 S Beach Road_173,Tranquility_382 S Beach Road_174,Tranquility_382 S Beach Road_175,Tranquility_382 S Beach Road_176,Tranquility_382 S Beach Road_177,Tranquility_382 S Beach Road_178,Tranquility_382 S Beach Road_179,Tranquility_382 S Beach Road_180,Tranquility_382 S Beach Road_181,Tranquility_382 S Beach Road_182,Tranquility_382 S Beach Road_183,Tranquility_382 S Beach Road_184,Tranquility_382 S Beach Road_185 |
|  | Published: | November 2020 |
| • | Individual Photographs: | Tranquility_382 S Beach Road_186,Tranquility_382 S Beach Road_187,Tranquility_382 S Beach Road_188,Tranquility_382 S Beach Road_189,Tranquility_382 S Beach Road_190,Tranquility_382 S Beach Road_190b,Tranquility_382 S Beach Road_191,Tranquility_382 S Beach Road_191a,Tranquility_382 S Beach Road_192,Tranquility_382 S Beach Road_193,Tranquility_382 S Beach Road_194,Tranquility_382 S Beach Road_195,Tranquility_382 S Beach Road_196,Tranquility_382 S Beach Road_197,Tranquility_382 S Beach Road_198,Tranquility_382 S Beach Road_199,Tranquility_382 S Beach Road_200,Tranquility_382 S Beach Road_201,Tranquility_382 S Beach Road_202,Tranquility_382 S Beach Road_203,Tranquility_382 S Beach Road_204,Tranquility_382 S Beach Road_205,Tranquility_382 S Beach Road_206,Tranquility_382 S Beach Road_207,Tranquility_382 S Beach Road_208,Tranquility_382 S Beach Road_209,Tranquility_382 S Beach Road_210,Tranquility_382 S Beach Road_211,Tranquility_382 S Beach Road_212,Tranquility_382 S Beach Road_213,Tranquility_382 S Beach Road_214,Tranquility_382 S Beach Road_215,Tranquility_382 S Beach Road_216,Tranquility_382 S Beach Road_217,Tranquility_382 S Beach Road_218,Tranquility_382 S Beach Road_219,Tranquility_382 S Beach Road_220,Tranquility_382 S Beach Road_221,Tranquility_382 S Beach Road_222,Tranquility_382 S Beach Road_223 |
|  | Published: | November 2020 |
| • | Individual Photographs: | Tranquility_382 S Beach Road_224,Tranquility_382 S Beach Road_225,Tranquility_382 S Beach Road_226,Tranquility_382 S Beach Road_227,Tranquility_382 S Beach Road_228,Tranquility_382 S Beach Road_229,Tranquility_382 S Beach Road_230,Tranquility_382 S Beach Road_231,Tranquility_382 S Beach Road_232,Tranquility_382 S Beach Road_233,Tranquility_382 S Beach Road_234,Tranquility_382 S Beach Road_235,Tranquility_382 S Beach Road_236,Tranquility_382 S Beach Road_237,Tranquility_382 S Beach Road_238,Tranquility_382 S Beach Road_239,Tranquility_382 S Beach Road_242,Tranquility_382 S Beach Road_243,Tranquility_382 S Beach Road_244,Tranquility_382 South |

Beach_002_
**Published:** November 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** April 29, 2020
**Latest Publication Date in Group:** November 30, 2020
**Nation of First Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1938 Grey Falcon Cir. SW, Vero Beach, FL, 32962, United States

## Certification

**Name:** Robert Stevens
**Date:** February 19, 2021

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.