# Exhibit 2




## STAINLESS KITCHEN LUXURY
### The Haven of Your Home
**WELCOME**

   

### AMERICAN CRAFTSMANSHIP
Highly Advanced American Craftsmanship & The Highest Quality USA Metals

### LIMITLESS LIFETIME WARRANTY
Every Design Is Made To Last For Life and Includes The Havens Lifetime Warranty

### HAVENS LUXURY METALS
**Select From 12 Luxurious Metal Finishes - Highest Quality Copper & Stainless Steel Available**



In Good Company, Havens is recognized globally as a Kitchen & Bath Industry Leader

        



**Advanced Sinks**
Select from our line of ergonomic and highly effective workstation sinks.
**EVOLVE**



**Advanced Accessories**
Select from over a dozen robust accessories, made from the highest quality materials.
**TRANSFORM**



**Undermount Sinks**
Select from Luxury stainless steel heavy duty finishes | 16 Gauge Stainless
**EXPLORE**



### Make Your Home A Haven
The kitchen is the heart of your home, a place to enjoy delicious family meals together and create memories with loved ones! Detail your kitchen with handcrafted metal features, designed to perform at an advanced level! Select from 12 luxury metal finishes including heavy duty stainless steel and American pure copper, engineered to last forever.

**EXPLORE**

### Upgrade To An Advanced Kitchen Sink | American Handcrafted

**Why Is Havens Different?** Every Havens sink is made from the highest quality copper or stainless steel, designed to focus on maximizing productivity, improving ergonomic functionality, and beautifully display unique character - for life. Handcrafted in the USA, no detail is overlooked to provide the user with a professional and enjoyable cooking experience. Select from custom and standard sized sinks in undermount and topmount install.

**Is The Quality of Metal Actually Important?** The lifespan and usability of a sink ultimately depends on the quality of the material used, as well as the craftsmanship behind the fabrication of the metal. Havens products are exclusively crafted from the highest quality American metals available, guaranteeing a heavy duty, easy to clean, and extremely durable workstation for your kitchen. It's amazing how much time is saved in the kitchen when the sink works for you - not the other way around.



### Call Havens Luxury Metals
**407-456-7071**