AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| **Affordable Aerial Photography, Inc.** | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 6:25-cv-378-GAP-RMN |
| | )<br>)<br>) |
| **The Havens Collection, Inc.** | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Havens Collection, Inc.
Serve: Registered Agent
Alex D. Havens, 707 West Park Avenue, Suite B, Edgewater, FL 32132.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George N. Colville
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.404.4350
george.colville@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

ErinLAutry

Date: March 4, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ****

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALEX D. HAVENS
was received by me on *(date)* 03/07/2025.

☑ personally served the summons on the individual at *(place)* 707 W. PARK AVE #B EDGEWATER, FLORIDA 32132 on *(date)* 03/07/2025 1:20 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address: or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ included for travel and $ 144.50 for services, for a total of $ 144.50.

I declare under penalty of perjury that this information is true.

Date: 03/07/2025

*Server's signature*

PAUL STRICKLAND P.I.
*Printed name and title*

6214 YELLOWSTONE DR. PORT ORANGE
*Server's address*

Additional information regarding attempted service, etc.: