# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.,**

      **Plaintiff,**

v.                                                                           Case No: 6:25-cv-378-GAP-RMN

**THE HAVENS COLLECTION, INC.,**

      **Defendant.**

_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Initial Case Order of March 4, 2025 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons on the updated format (Doc. 6)1.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on March 25, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

1 Plaintiff filed a Certificate of Interested Persons (Doc. 2) on March 4, 2025, using the outdated format.

Copies furnished to:
Counsel of Record
Unrepresented Parties