UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 25-cv-378-GAP-RMN

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

    Defendant.

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, defendant The Havens Collection, Inc. ("Havens Collection"), makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **There is no parent entity of The Havens Collection, Inc., and no publicly held corporation owns 10% or more of its stock.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other

unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

**N/A.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **The Havens Collection, Inc.**
   **Alex Havens**
   **Klema Law, PL**
   **Griffin C. Klema, Esq.**
   **Affordable Aerial Photography, Inc.**
   **Robert Stevens**
   **Alijca Stevens**
   **Mateuz Rymarski**
   **SRIPlaw, P.A.**
   **Joel Rothman, Esq.**
   **George Colville, Esq.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **Potential non-parties (i.e. witnesses) that might participate:**
   **Kirsten Norman**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

**Greg Norman**
**Jill Zeder (Hertzberg)**
**Coldwell Banker Residential Real Estate, LLC,**
    **d/b/a The Jills Zeder Group**
**Creative Retouch Studio**
**Yogesh Parmar**

6. Identify each person arguably eligible for restitution:

**N/A.**

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Defendant*