**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

**Case No. 25-cv-378-GAP-RMN**

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

    Defendant.

---

**<u>NOTICE OF A RELATED ACTION</u>**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

☒ IS **NOT** related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

    /s/ Griffin Klema_____
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Defendant*