UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:25-cv-00378-GAP-RMN

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

        Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

        Defendant.

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE THAT Pursuant to Local Rule 2.02(a), JOEL B. ROTHMAN, of SRIPLAW, P. A., will serve as Lead Counsel for Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC., and will be the attorney responsible to the Court and the other parties for the conduct of the action, including scheduling.

Dated: March 27, 2025

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Bar Number: 2310207
joel.rothman@sriplaw.com
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

*Counsel for Plaintiff Affordable Aerial Photography, Inc.*