UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:25-cv-00378-GAP-RMN

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

          Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

          Defendant.

_____/

### RESPONSE TO ORDER TO SHOW CAUSE [ECF 11]

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP") by and through its undersigned counsel, hereby submits its Response to this Court's Order to Show Cause entered March 25, 2024 [ECF 11].

Plaintiff's counsel filed the Certificate of Interested Persons in the improper format on March 4, 2025 and failed to file a Notice of Pendency. The Court issued an Order on March 4, 2025 directing Plaintiff's counsel to file an amended Certificate of Interested Persons in the proper format pursuant to Local Rule 3.03 within fourteen (14) days of the Order, and to file a Notice of Pendency [ECF 6].

Plaintiff's counsel missed this Court's March 4 Order and failed to comply with this Court's Order. Plaintiff's counsel has filed an amended Certificate of Interested Persons in the correct format using the form provided by the Court and the Local Rules. Plaintiff's counsel sincerely apologizes for wasting this Court's time,

and will ensure that all subsequent filings comply with the Local Rules and the Court's standing orders.

Plaintiff's counsel respectfully requests this Court not dismiss this case or otherwise issue sanctions. Such a result would prejudice the Plaintiff due to the actions of his counsel.

Dated: March 28, 2025

Respectfully submitted,

*/s/ George N. Colville*
GEORGE N. COLVILLE
Bar Number: 1060046
george.colville@sriplaw.com

And

JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
786.297.8709 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Affordable Aerial Photography, Inc.*