**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

      Plaintiff,

v.     **Case No.   6:25-cv-378-GAP-RMN**

THE HAVENS COLLECTION, INC.,

      Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

√ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: March 27, 2025

                                              */s/ George N. Colville*
                                              GEORGE N. COLVILLE
                                              Bar Number: 1060046
                                              george.colville@sriplaw.com

                                              And
                                              JOEL B. ROTHMAN
                                              Bar Number: 2310207

joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Plaintiff's Counsel of Record*