**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO.: 6:25-CV-00378-GAP-RMN**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

        Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

        Defendant.

_____/

      GEORGE N. COLVILLE, counsel for Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC., hereby notifies the Court of his change of address as follows, the email address remains unchanged:

SRIPLAW, P.A.
9100 South Dadeland Boulevard
Suite 1500
Miami, FL 33156
Telephone: 786.297.8709
Facsimile: 561.404.4353
George.colville@sriplaw.com

Dated: April 7, 2025                            Respectfully submitted,

                                                */s/George N. Colville*
                                                GEORGE N. COLVILLE
                                                Florida Bar No.: 1060046
                                                George.colville@sriplaw.com

**SRIPLAW, P.A.**

9100 South Dadeland Boulevard
Suite 1500
Miami, FL 33156
786.297.8709 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff* Affordable Aerial Photography, Inc.