UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

          Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

          Defendant.

CASE NO.: 6:25-cv-00378-GAP-RMN

## MOTION FOR EXTENSION OF TIME

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. by and through its undersigned counsel, hereby moves this Honorable Court for an extension of time to select a mediator and schedule a mediation conference, and as grounds therefore states as follows:

1. This Court set a deadline for the parties to select a mediator, schedule a mediation conference, and file a Notice with the court by June 6, 2025. [DE 25]

2. The parties have discussed the selection of a mediator and are coordinating with their respective clients regarding a date for mediation, but have yet to come to an agreement.

3. Plaintiff respectfully requests a two-week extension of time to select a mediator and to schedule a mediation conference through June 20, 2025.

4. This is the first request for an extension of time.

5. Defendant does not oppose this request for an extension of time.

6. The relief requested in this Motion does not prejudice any party and is not advanced for the purposes of delay.

WHEREFORE, Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. respectfully requests that this Court extend the deadline for the parties to select a mediator and schedule a

mediation conference up to and through June 20, 2025, and for such other and further relief as this Court deems just and proper.

Dated: June 5, 2025                    Respectfully submitted,

<p style="margin-left: 40%">
<u>/s/ George N. Colville</u>   
GEORGE N. COLVILLE  
Bar Number: 1060046  
george.colville@sriplaw.com

**SRIPLAW, P. A.**  
9100 South Dadeland Boulevard  
Suite 1500  
Miami, Florida 33156  
786.297.8709 – Telephone  
561.404.4353 – Facsimile  

*Counsel for Plaintiff Affordable Aerial Photography, Inc.*
</p>