UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff(s),

CASE NO: 6:25-CV-378

v.

THE HAVENS COLLECTION, INC.,

    Defendant(s),
_____/

### NOTICE OF MEDIATION CONFERENCE

**PLEASE TAKE NOTICE** that Mediation in the above styled action has been scheduled for **February 3, 2026 starting at 10:00 AM ET,** and will be held **via Zoom Video Conferencing** before **Mediator, David H. Salmon, Esq..**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original hereof has been eFiled with the Court with copies emailed to counsel of record.

Respectfully Submitted:

*/s/ David H. Salmon*
David H. Salmon, Esq.
Florida Bar Number: 100796
david@sd-adr.com

Managing Partner: John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service2@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800,
Miami, Florida 33131
Telephone: (305) 371-5490