UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:25-cv-00378-GAP-RMN

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

        Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

        Defendant.

## JOINT NOTICE OF SELECTION OF MEDIATOR

Plaintiff Affordable Aeiral Photography, Inc. and Defendant The Havens Collection, Inc., by and through their undersigned counsel, hereby give notice that mediation in this case will be held before David Salmon, as follows:

DATE and TIME:    February 3, 2026 at 10:00 a.m.

PLACE:    Remote Videoconference

MEDIATOR CONTACT
INFORMATION:

    David Salmon
    Bar Number: 100796
    **Salmon Legal Group, P.L.**
    1395 Brickell Ave, Suite 800
    Miami, FL 33131
    david@salmonlegal.com
    (786) 508-2020

Dated: June 20, 2025

Respectfully submitted,

/s/ *George N. Colville*  
George N. Colville  
Bar Number: 100046  
george.colville@sriplaw.com

**SRIPLAW, P.A.**  
9100 South Dadeland Boulevard  
Suite 1500  
Miami, Florida 33156  
786.297.8709 – Telephone  
561.404.4353 – Facsimile

*Counsel for Plaintiff Affordable*  
*Aerial Photography, Inc.*

/s/ *Griffin Klema*  
Griffin C. Klema, Esq.  
Bar Number: 100279  
Griffin@KlemaLaw.com

**Klema Law, P.L.**  
PO Box 172381  
Tampa, FL 33672  
420 W. Kennedy Boulevard  
Tampa, FL 33606  
Telephone: 202-713-5292

*Counsel for Defendant The Havens*  
*Collection, Inc.*