# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

        Plaintiff,

v.                                    Case No:   6:25-cv-378-GAP-RMN

THE HAVENS COLLECTION, INC.,

        Defendant

## ORDER APPOINTING A MEDIATOR

Pursuant to the Order of this Court referring this case to mediation, and in accordance with the rules governing mediation set forth in Local Rule 4.02.

**IT IS ORDERED THAT:**

The following individual is appointed to serve as mediator in this action with the mediation to be completed by **March 2, 2026**[1].

| | |
|---|---|
| **Name:** | **David Salmon** |
| **Firm's Name and Address:** | **Salmon Legal Group, P.L.** |
| | **1395 Brickell Ave. Suite 800** |
| | **Miami, FL   33131** |
| **Telephone Number:** | **(786) 508-2020** |
| **Email:** | **david@salmonlegal.com** |

---

[1] Mediation is currently scheduled for February 3, 2026.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 30, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party