## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### CASE NO.: 6:25-cv-00378-GAP-RMN

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

THE HAVENS COLLECTION, INC.,

    Defendant.

### JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Pursuant to Local Rule 3.09(a), Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. and Defendant THE HAVENS COLLECTION, INC., by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement in principle, and request until January 5, 2026, in which to file a Stipulation of Dismissal with Prejudice.

Dated: December 4, 2025

Respectfully submitted,

*/s/ George N. Colville*
GEORGE N. COLVILLE
Bar Number: 1060046
george.colville@sriplaw.com

**SRIPLAW, P. A.**
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156

786.297.8709 – Telephone
561.404.4353 – Facsimile
*Counsel for Plaintiff*

And

  */s/ Griffin Klema*
Griffin C. Klema
Bar Number: 100279
Griffin@KlemaLaw.com

**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
202.713.5292 – Telephone
*Counsel for Defendant*