UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

          Plaintiff,

v.

THE HAVENS COLLECTION, INC.

          Defendant.

CASE NO.: 6:25-CV-00378-GAP-RMN

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. and Defendant THE HAVENS COLLECTION, INC., by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the entry of an order dismissing the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: January 7, 2026

Respectfully submitted,

*/s/ George N. Colville*
GEORGE N. COLVILLE
Bar Number: 1060046
george.colville@sriplaw.com

**SRIPLAW, P. A.**
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156

*/s/ Griffin Klema*
GRIFFIN KLEMA
Bar Number: 100279
griffin@klemalaw.com

**Klema Law, P.L.**
420 W. Kennedy Boulevard
Commerce Club
Tampa FL 33606

| | |
|---|---|
| 786.297.8709 – Telephone<br>561.404.4353 – Facsimile | 202.713.5292 – Telephone |
| *Counsel for Plaintiff Affordable Aerial Photography, Inc.* | *Counsel for Defendant The Havens Collection, Inc.* |